IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER WRIGHT | : | CIVIL ACTION |
| | : | NO.   14-2860 |
| vs. | : | |
| PNC MORTGAGE f/k/a NATIONAL CITY MORTGAGE; and PNC BANK, N.A. | : | |

### ORDER

AND NOW, this  22   day of September, 2014:

1. Plaintiff's RESPA's claims are DISMISSED;

2. Plaintiff's claim for attorney fees and expenses is DISMISSED insofar as it claims fees and expenses occurred in the initiation and prosecution of this action;

3. Within ten business days from date, plaintiff shall amend the wherefore clause of her amended complaint to eliminate the words "in an amount in excess of Five Hundred Thousand dollars" as those words are in violation of Local Rule 5.1.1.  At the same time plaintiff shall file an affidavit with the Court stating her itemized out-of-pocket expenses to date allegedly incurred as a result of defendant's conduct excluding, of course, all fees and expenses occurred in the initiation and prosecution of this action.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.      J.