IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER WRIGHT | : | CIVIL ACTION |
| | : | NO.   14-2860 |
| vs. | : | |
| | : | |
| PNC MORTGAGE f/k/a NATIONAL CITY MORTGAGE; and PNC BANK, N.A. | : | |

## **ORDER**

AND NOW, this 7th day of October, 2014, upon consideration of defendant PNC Bank N.A.'s motion for reconsideration (Dkt. No. 22) and consistent with the accompanying memorandum of law, it is ORDERED that defendant's motion is DENIED.

                                                  *s/Thomas N. O'Neill, Jr.*
                                        THOMAS N. O'NEILL, JR.      J.